**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

December 4, 2020

By ECF/Email

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re:   United States v. Omar Adams, 20 Cr. 655 (KPF)

Dear Judge Failla:

    I write, without objection from the Government, to request a one-week extension of the deadline for Mr. Adams to satisfy his bond conditions.

    Mr. Adams was arrested on November 20, 2020 pursuant to a complaint charging him with one count of possessing a firearm, knowing he had previously been convicted of a crime punishable by more than one year's imprisonment. That same day, he was released on a $25,000 personal recognizance bond with the requirement that the bond be cosigned by two financially responsible persons by today, Friday, December 4, 2020. The conditions of the bond include home detention enforced by location monitoring, pretrial supervision as directed, surrender of travel documents, and travel restricted to the Southern and Eastern Districts of New York and the District of New Jersey.

    One of Mr. Adams's two cosigners has been interviewed and approved to sign his bond. A second anticipated cosigner fell through just yesterday, and additional time is required before a second person can be interviewed and approved to sign the bond. As noted above, the Government has no objection to this request. Thank you for considering it.

                      Respectfully submitted,

                      /s/ Ariel Werner
                      Ariel Werner
                      Assistant Federal Defender
                      212.417.8770

cc:   Rebecca Dell, Assistant U.S. Attorney

Application GRANTED.  The deadline for Mr. Adams to satisfy the condition of obtaining two cosigners on his bond is extended through **December 11, 2020.**

Dated:   December 4, 2020
         New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE