March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

          -v-

OMAR ADAMS,
                          Defendant.
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20-CR-655 (KPF)

Defendant ___Omar Adams___ hereby voluntarily consents to participate in the following proceeding via videoconferencing/teleconferencing:

___ Initial Appearance/Appointment of Counsel

✓ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

✓ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_AW pp Omar Adams_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Omar Adams
Print Defendant's Name

_Ariel Werner_
Defense Counsel's Signature

Ariel Werner
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

_12/10/2020_
Date

_Kathryn Polk Failla_
U.S. District Judge/~~U.S. Magistrate Judge~~