**Federal Defenders**
**OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

*Southern District of New York*
Jennifer L. Brown
Attorney-in-Charge

December 11, 2020

By ECF/Email

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re:   United States v. Omar Adams, 20 Cr. 655 (KPF)

Dear Judge Failla:

    I write, without objection from the Government, to request another one-week extension of the deadline for Mr. Adams to satisfy his bond conditions.

    Mr. Adams was arrested on November 20, 2020 pursuant to a complaint charging him with one count of possessing a firearm, knowing he had previously been convicted of a crime punishable by more than one year's imprisonment. That same day, he was released on a $25,000 personal recognizance bond with the requirement that the bond be cosigned by two financially responsible persons by Friday, December 4, 2020. The conditions of the bond include home detention enforced by location monitoring, pretrial supervision as directed, surrender of travel documents, and travel restricted to the Southern and Eastern Districts of New York and the District of New Jersey.

    Last week, the Court granted my request for a one-week extension of the time for Mr. Adams to have a second cosigner approved and sign his bond. However, as I suggested to the Court during Mr. Adams's arraignment and initial conference yesterday, December 10, 2020, a second cosigner has yet to be approved, and Mr. Adams requires an additional week to satisfy this condition. As noted above, the Government has no objection to this request. Thank you for considering it.

    Respectfully submitted,

    /s/ Ariel Werner
    Ariel Werner
    Assistant Federal Defender
    212.417.8770

cc:   Rebecca Dell, Assistant U.S. Attorney

Application GRANTED.

Dated: December 11, 2020
       New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE