**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

January 4, 2021

By ECF

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   United States v. Omar Adams, 20 Cr. 655 (KPF)

Dear Judge Failla:

I write, without objection from Pretrial or the Government, to request permission for Omar Adams to attend his father's funeral this Saturday evening, January 9, 2021. Building in time for travel, we anticipate that Mr. Adams will need to be away from home from approximately 5:00 p.m. to 9:00 p.m. Mr. Adams is currently subject to home detention enforced by location monitoring. Thank you for your consideration of this request.

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner
Assistant Federal Defender
212.417.8770

cc:   Rebecca Dell, Assistant U.S. Attorney
      Joshua Rothman, U.S. Pretrial Officer

Application GRANTED.  The Court sends its condolences to Mr. Adams and his family.

Dated:  January 4, 2021
        New York, New York

SO ORDERED.

*[signature]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE