**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

June 25, 2021

**BY ECF**

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square, Room 2013
New York, NY 10007



Re:   **United States v. Omar Adams,
      20 Cr. 655 (KPF)**

Dear Judge Failla:

    I write to request that the Court temporarily modify the conditions of Mr. Adams' bail to allow him to attend a family gathering in Lords Valley, Pennsylvania, next weekend. Mr. Adams is gainfully employed and in full compliance with all his bail conditions, which include home detention and travel restricted to the Southern and Eastern Districts of New York. His June 21 letter motion to replace home detention with a curfew is pending before the Court.

    Specifically, Mr. Adams requests permission to leave New York on the afternoon of Friday, July 2, and to return on the afternoon of Monday, July 5. He proposes to travel by bus with his wife, Whiney Adams née Payton, and their children. The purpose of the trip is to attend an annual family gathering and barbecue, which has been held for the last 15 years in honor of Whitney's great grandmother. Mr. Adams has attended in the past. Whitney's cousin Eric Buffong is hosting the gathering at his home in Lords Valley, which lies in Pike County in the Middle District of Pennsylvania, just over the border from Sullivan County in the Southern District of New York. Mr. Adams and his family would stay with Mr. Buffong and his family at their home, the address of which has been provided to Pretrial Services. Two of Whitney's uncles who will be in attendance worked in New York law enforcement.

    Mr. Adams' Pretrial Services Officer, Joshua Rothman, informs me that Pretrial objects as a matter of policy to social-leave requests and overnight leaves from residence for defendants subject to location monitoring. He also confirmed today that (1) Mr. Adams has been compliant since our last court appearance and (2) that Pretrial would be able to monitor Mr. Adams' location

in Lords Valley through Mr. Adams' GPS ankle bracelet. AUSA Rebecca Dell informs me that the government defers to Pretrial as to this request.

Sincerely,

/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749 / (646) 842-2622

CC: AUSA Rebecca Dell
USPSO Joshua Rothman

```
Application GRANTED.  Mr. Adams may travel to Lords Valley on July
2, 2021, and return to the Southern District of New York on July 5,
2021, subject to Pretrial Services' ability to monitor his location
through his GPS ankle bracelet.
```

```
Dated:   June 25, 2021
         New York, New York
```

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE