UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | 20 Cr. 655 (KPF) |
| OMAR ADAMS, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

      The Court held a pretrial conference in this matter on July 20, 2021, during which conference defense counsel renewed a motion to modify the conditions of Mr. Adams's bail to permit a curfew rather than requiring home detention. The Court has spoken with Mr. Adams's supervising Pretrial Services Officer regarding the request and has determined that the modification is appropriate. Accordingly, Mr. Adams's bail is modified to a curfew with location monitoring from 4:00 a.m. to 10:00 p.m. The Court further gives to Pretrial Services the discretion to modify the curfew hours for purposes of employment or other activities it may deem appropriate.

      SO ORDERED.

Dated:  July 26, 2021
            New York, New York

                                                      KATHERINE POLK FAILLA
                                                    United States District Judge