UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>OMAR ADAMS,<br><br>                    Defendant. | 20 Cr. 655 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

It is hereby ORDERED that the following trial schedule will be in effect as to Defendant Omar Adams:

- Trial will commence on **June 21, 2022, at 9:00 a.m.**;

- The parties' respective jury charge requests, proposed *voir dire* questions, and any motions *in limine* will be due **May 23, 2022**;

- Any opposition papers to motions *in limine* will be due **May 30, 2022**; and

- The final pretrial conference will be scheduled for **June 8, 2022, at 10:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated:   November 16, 2021
         New York, New York

                                          _____
                                          KATHERINE POLK FAILLA
                                          United States District Judge