UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v.-

OMAR ADAMS,

Defendant.

20 Cr. 655 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

The parties are hereby ORDERED to appear for a change-of-plea hearing on **May 6, 2022, at 11:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.

SO ORDERED.

Dated:   April 25, 2022
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge