**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
*Jennifer L. Brown*
Attorney-in-Charge

August 22, 2022

**BY ECF AND EMAIL**
Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square, Room 2013
New York, NY 10007



Re:   **United States v. Omar Adams,
      20 Cr. 655 (KPF)**

Dear Judge Failla:

    I write to request that the Court adjourn Mr. Adams' sentencing, which is currently scheduled for September 14, by approximately 45 days. Specifically, I request that sentencing be rescheduled to any time October 24–27, any time November 1–3, or the morning of November 4.

    This is my first request to adjourn sentencing. I make this request because an adjournment is necessary for the effective representation of Mr. Adams at sentencing given my own schedule and commitments to other clients, the need to prepare materials for sentencing, and Mr. Adams anticipated transition in his treatment.

    AUSA Rebecca Dell informs me that the government has no objection to this request and is available on the proposed dates.

Sincerely,

/s/
Clay H. Kaminsky
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8749

CC:   AUSA Rebecca Dell

Application GRANTED.  The sentencing in this matter is hereby ADJOURNED to **November 9, 2022, at 3:00 p.m.**

The Clerk of Court is directed to terminate the motion at docket entry 50.

Dated:   August 23, 2022          SO ORDERED.
        New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE